UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>v.<br>IVON SIMEON,<br>　　　　　Defendant. | Case No.: 23CR00537-W<br><br>**ORDER CONTINUING SENTENCING HEARING** |

**IT IS HEREBY ORDERED** that, for good cause, the Sentencing Hearing for Ivon Simeon is continued until August 14, 2023 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 7/11/23

　　　　　　　　　　　　　　　　　　　Honorable Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　United States District Judge

23CR00537-W